FILED: September 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4103

(1:13-cr-00298-LO-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEPHANIE CHAPMAN

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 09/25/2014

Opening brief due: 09/25/2014

Response brief due: 10/16/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk